```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 03706
   GERTRUDE K SHELLIE
                                              CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-1342
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/02/07 and confirmed on 04/27/07.

2. The case was converted to Chapter 7 after confirmation, 01/30/2008.

3. The Debtor paid a total of $ 7868.07 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 7345.00 | 417.80 | 2057.21 |
| CAPITAL ONE BANK | UNSECURED | 805.38 | .00 | 41.01 |
| CINGULAR | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 1659.09 | .00 | 84.51 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL ACUTE CARE | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 5230.28 | .00 | 292.71 |
| NELNET | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | 666.73 | .00 | 32.82 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 5500.00 | .00 | 312.70 |
| HARLEM ADS | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO EDUCATION FI | UNSECURED | 3573.32 | .00 | 175.50 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 500.46 | .00 | 24.82 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 8408.58 | .00 | 397.43 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 3993.62 | .00 | 188.75 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 3830.27 | .00 | 181.04 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 2904.00 | .00 | 137.24 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SALLIE MAE GUARANTEE SER | UNSECURED | 7832.17 | .00 | 370.19 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7345.00 | .00 | 44903.90 | .00 | 52248.90 |
| PRINCIPAL PAID | 2057.21 | .00 | 2238.72 | .00 | 4295.93 |

```
INTEREST PAID              417.80        .00         .00         .00       417.80
TOTAL PAID                2475.01        .00     2238.72         .00      4713.73
```

The Debtor's attorney, KENNETH S BORCIA & ASSOC    , was allowed $   3000.00
and was paid $    493.00  direct and $   2507.00  through the plan.

The Trustee received $    272.67 .

Refunds to the Debtor totaled $    374.67 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 04/17/08                    /S/
                                      GLENN STEARNS
                                    CHAPTER 13 TRUSTEE